IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALBERTA ROSE JONES,               *
                                  *
                Plaintiff,        *
vs.                               *   No. 4:11CV00256 SWW
                                  *
ELI LILLY, ET AL.,                *
                                  *
                Defendants.       *

## Order

The Court having granted plaintiff's motion for extension of time to file her second amended complaint, *see* docket entry 87, the Clerk is directed to file the second amended complaint and exhibits that were attached to plaintiff's motion [docket entry 79].

DATED this 15th day of June, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE