**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ALBERTA ROSE JONES**                                                                               **PLAINTIFF**

**VS.**                                      **NO. 4:11-CV-256-SWW**

**SAMANTHA CAMPBELL,**
**et al.**                                                                                                          **DEFENDANTS**

### ORDER

Pending before the Court is Lonoke County's Motion to Seal [doc #75].  To protect the privacy of the personal information (such as dates of birth) contained on the video of the February 20, 2011 traffic stop of Plaintiff, Lonoke County Defendants' Motion to Seal is granted, and Lonoke County Defendants are directed to file the video of the February 20, 2011 traffic stop involving Plaintiff under seal as Exhibit A to Exhibit 1 of Lonoke County Defendants' Motion to Dismiss and/or Motion for Summary Judgment.

IT IS SO ORDERED this 15th day of June, 2011.

/s/Susan Webber Wright

United States District Judge